**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Lydell Grant v. The State of Texas

Appellate case number:   01-12-01173-CR

Trial court case number:  1288802

Trial court:            351st District Court of Harris County

On June 24, 2013, counsel for appellant filed Appellant's Brief. Appellant, Lydell Grant, has now filed a motion to dismiss appointed counsel, requesting the appointment of new counsel for the purpose of filing a new appellant's brief. We deny appellant's motion.

Appellant does not have the right to choose his own appointed counsel. *Garner v. State*, 864 S.W.2d 92, 98 (Tex. App.—Houston [1st Dist.] 1993, pet. ref'd). Unless appellant waives his right to counsel and chooses to represent himself, or shows adequate reason for the appointment of new counsel, appellant must accept the counsel appointed by the court. *See Thomas v. State*, 550 S.W.2d 64, 68 (Tex. Crim. App. 1977); *Garner*, 864 S.W.2d at 98. The trial court is under no duty to search until it finds an attorney acceptable to appellant. *Malcom v. State*, 628 S.W.2d 790, 791 (Tex. Crim. App. 1982).

The trial court appointed appellate counsel for appellant. Appellant's counsel has filed a brief on behalf of appellant. This Court has no jurisdiction to appoint or dismiss counsel in any case. *Herbert v. Honorable Judge of 208th Dist. Court of Harris Cnty.*, No. 01-91-00052-CV, 1991 WL 22355, at *1 (Tex. App.—Houston [1st Dist.] Feb. 21, 1991, no writ) (mem. op., not designated for publication). Accordingly, we deny appellant's motion to dismiss appointed counsel.

It is so ORDERED.

Judge's signature: /s/ <u>Evelyn V. Keyes</u>
                    ☒ Acting individually    ☐ Acting for the Court

Date: <u>September 12, 2013</u>